## IN THE MATTER OF THE ESTATE OF
## FREDERICK GEORGE EYTON WALKER, DECEASED.

### No. 4038.

FILED FEBRUARY 6, 1959.                    DECIDED APRIL 3, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The motion filed herein on February 6, 1959, on behalf of Charles Dunbar Walker "as co-administrator of the Estate of the above named decedent, and for himself, personally," is denied without argument thereon.

*Nicholas W. Y. Char* for Charles Dunbar Walker, co-administrator-appellant, for the motion.

*A. James Wriston, Jr.* (*Stephenson & Ashford*) for Violet May Walker Baker, respondent-appellee, contra.